DORINA CUTLER ET AL. *v.* ANTOINETTA D. GREENBERG, EXECUTRIX (ESTATE OF ANTONIO AGOSTINELLI)

DORINA CUTLER ET AL. *v.* LAWRENCE J. GREENBERG

The petition for certification of the plaintiffs, Dorina Cutler and Yolanda Jablonski, for appeal from the Appellate Court, 60 Conn. App. 752 (AC 20118), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Dorina Cutler,* pro se, and *Yolanda Jablonski,* pro se, in support of the petition.

*James F. Cirillo, Jr.,* and *Lawrence J. Greenberg,* pro se, in opposition.

Decided February 28, 2001